# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICKIE MILLER,**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,**<br><br>　　　　　**Defendants.** | **8:20CV121**<br><br>**ORDER TO SHOW CAUSE** |

On March 30, 2020, the Office of the Clerk sent letters (Filing Nos. 7 & 8) to attorneys David M. Langevin and Brett A. McSweeney directing them to register for admission to practice in this court and to register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1). As of April 17, 2020, the above attorneys have not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **May 4, 2020**, David M. Langevin and Brett A. McSweeney shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 17th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s./Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge